Jay Dee HART, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 48140.

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

Ellen H. Flottman, Office of the State
Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas
City, for respondent.

Before SMART, P.J., and LOWENSTEIN
and FENNER, JJ.

*ORDER*

PER CURIAM.

Appeal from the denial of a Rule 24.035
motion for post-conviction relief.

Affirmed.   Rule 84.16(b).